**Michele COHEN, Respondent,**

v.

**Bruce C. COHEN, Appellant.**

**No. 66274.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 11, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1995.

Application to Transfer Denied
July 25, 1995.

Bruce C. Cohen, St. Louis, pro se.

Kimberly J. Bettisworth, Charles P. Todt, Charles P. Todt and Assoc., Clayton, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

---

*MEMORANDUM DECISION*

PER CURIAM.

Husband appeals from an award of attorney's fees on account on wife's motion *pendente lite* in this dissolution case. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).